# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERAS SMITH,<br><br>      Plaintiff(s),<br><br>v.<br><br>AEG MANAGEMENT LAS VEGAS, LLC, et al.,<br><br>      Defendant(s). | Case No. 2:23-cv-01708-RFB-NJK<br><br>**Order** |

The case was removed from state court on the basis of diversity jurisdiction. Docket No. 1. In diversity cases, the certificate of interested parties must identify the state citizenship of the filing party, along with the state citizenship of each individual or entity whose citizenship is attributed to the filing party. Fed. R. Civ. P. 7.1(a)(2). For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). "Moreover, if any member of [an LLC] is itself a partnership or association (or another LLC), the Court needs to know the citizenship of each 'sub-member' as well." *Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

In this case, both defendants are LLCs, so their certificates of interested parties must identify the state citizenships of all of their owners/members. Moreover, for any owner/member who is itself an LLC, the certificate of interested parties must identify that the citizenship of the sub-members, too. Defendants' certificates of interested parties fail to provide this information. ABM's certificate identifies its state of incorporation and principal place of business, Docket No. 9 at 2, but that is not the critical test for establishing diversity jurisdiction with respect to an LLC. Instead, ABM must identify the citizenship of each of its owners/members. AEG's certificate identifies its member as AEG Facilities, LLC, but then identifies the member's state of

incorporation and principal place of business. Docket No. 11 at 2. Because the member is itself an LLC, the diversity analysis requires the citizenship of the sub-members of that LLC.

Accordingly, Defendants must file second amended certificates of interested parties complying with Fed. R. Civ. P. 7.1(a)(2) by November 7, 2023.

IT IS SO ORDERED.

Dated: October 31, 2023

_____
Nancy J. Koppe
United States Magistrate Judge