UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERAS SMITH,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AEG MANAGEMENT LAS VEGAS, LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01708-RFB-NJK<br><br>**Order**<br><br>[Docket No. 29] |

　　　　Pending before the Court is a stipulation to extend case management deadlines by two months. Docket No. 29. That request is predicated almost exclusively on the fact that new counsel has appeared for Plaintiff, although her prior counsel also continue to represent her. *See* Docket No. 29 at 2, 3;[1] *see also* Docket No. 28. Such a circumstance is not good cause for an extension. Even if entirely new counsel were substituted into the case or prior counsel withdrew, such occurrence would not justify an extension to the case management schedule. Local Rule IA 11-6(d). Nonetheless, given the joint nature of the request and as a <u>one-time</u> courtesy, the Court will allow the extension sought.

　　　　Accordingly, the stipulation is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  March 26, 2024
- Rebuttal experts:  April 29, 2024
- Discovery cutoff:  May 27, 2024
- Dispositive motions:  June 25, 2024

---

[1] New counsel has changed Plaintiff's approach to various matters. *See id.*

1

- Joint proposed pretrial order: July 25, 2024, or 30 days after resolution of dispositive motions

**THE COURT IS NOT INCLINED TO GRANT FURTHER EXTNESIONS, SO COUNSEL MUST TAKE ALL REASONABLE STEPS TO MEET THE DEADLINES ESTABLISHED ABOVE.**

IT IS SO ORDERED.

Dated: January 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge