Scott L. Rogers, Esq.
Nevada Bar No. 13574
Scott@MRIattorney.com
**MITCHELL ROGERS INJURY LAW**
9480 S. Eastern Ave., Suite 236
Las Vegas, Nevada 89123
Telephone: (702) 702-2622
Facsimile: (702) 505-8860
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERAS SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AEG MANAGEMENT LAS VEGAS, LLC, a foreign limited-liability company; ABM INDUSTRY GROUPS, LLC, a foreign limited-liability company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.: 2:23-cv-01708<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiff TERAS SMITH ("Plaintiff") and Defendants ABM INDUSTRY GROUPS, LLC ("ABM") and AEG MANAGEMENT LAS VEGAS, LLC ("AEG") (hereinafter may be referred to collectively as the "parties"), by and through their respective counsel of record, stipulate, agree, and hereby request to extend the deadline to file and serve points and authorities in response to the Motions for Summary Judgment and Joinders thereto that Defendants ABM and AEG filed on June 25, 2024. (ECF Nos. 35, 37, 40, 41). Pursuant to LR 7-2(b), the current deadline to file responses to these motions is July 16, 2024. For the reason set forth below, the parties request that this deadline be extended two (2) days to July 18, 2024. This is the first stipulation for extension of time to file motions or briefing responsive thereto.

The reason the parties are requesting this extension is because counsel for Plaintiff TERAS SMITH has a pre-planned and pre-paid family vacation that begins on July 10, 2024, and counsel will not be returning to the office until approximately noon on Monday July 15, 2024. Moreover,

1  Plaintiff's counsel's calendar on the afternoon of July 15, 2024 and July 16, 2024 will not allow
2  him ample time to draft responses to these Motions for Summary Judgment on or before the
3  current July 16, 2024 deadline.
4      The parties thus stipulate and agree that Plaintiff's deadlines to respond to the Motions for
5  Summary Judgment and Joinders thereto shall be extended from July 16, 2024 to July 18, 2024.
6  The parties further stipulate and agree that Defendants' deadlines to file replies in support of their
7  Motions shall be fourteen days after the service of Plaintiff's responses. LR 7-2(b).
8      **IT IS SO STIPULATED.**

Dated this 9th day of July, 2024.　　　　　　　Dated this 9th day of July, 2024.

/s/ Sebastian Cribari　　　　　　　　　　　　/s/ Micah K. Mtatabikwa-Walker
Jeremy R. Alberts, Esq.　　　　　　　　　　　JOSH COLE AICKLEN
Sebastian Cribari, Esq.　　　　　　　　　　　Nevada Bar No. 007254
WEINBERG, WHEELER, HUDGINS,　　　　　　　DAVID B. AVAKIAN
　GUNN & DIAL, LLC　　　　　　　　　　　　Nevada Bar No. 009502
6385 South Rainbow Blvd., Suite 400　　　　　MICAH K. MTATABIKWA-WALKER
Las Vegas, Nevada 89118　　　　　　　　　　Nevada Bar No. 13731
*Attorneys for Defendant AEG*　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH, LLP
*Management Las Vegas, LLC*　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant ABM Industry Groups, LLC*

Dated this 9th day of July, 2024.

/s/ Scott L. Rogers
SCOTT L ROGERS, ESQ.
Nevada Bar No. 013574
MITCHELL ROGERS INJURY LAW
2020 W. Sunset Road
Henderson, Nevada 89014
*Attorneys for Plaintiff Teras Smith*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2024.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 9th day of July, 2024, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST)** was served upon the following by the method indicated:

| | |
|---|---|
| Jeremy R. Alberts, Esq.<br>Sebastian Cribari, Esq.<br>WEINBERG WHEELER HUDGINS, GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>scribari@wwhgd.com;<br>jalberts@wwhgd.com;<br>abonney@wwhgd.com;<br>acaldwell@wwhgd.com;<br>ssouthworth@wwhgd.com<br>*Attorney for Defendant AEG Management Las Vegas, LLC*<br>*Attorneys for Defendants* | ☐ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☐ via CM/ECF<br>☒ via Electronic Mail |

David B. Avakian, Esq.
Josh C. Aicklen, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
david.avakian@lewisbrisbois.com;
josh.aicklen@lewisbrisbois.com;
maceo.butler@lewisbrisbois.com;
peggy.kurilla@lewisbrisbois.com;
micah.mtatabikwa-walker@lewisbrisbois.com;
misty.pettiford@lewisbrisbois.com
*Attorney for Defendant ABM Industry Groups, LLC*

 

                                                  */s/ Winde Goldstein*
                                                  Employee of MITCHELL ROGERS INJURY LAW

## Re: Smith, Teras v. ABM Industry Groups, LLC: Request for Two-Day Extension to Respond to Motions for Summary Judgment

Scott Rogers <scott@mriattorney.com>
Tue 7/9/2024 11:41 AM

To: Cribari, Sebastian <scribari@wwhgd.com>; Avakian, David <David.Avakian@lewisbrisbois.com>
Cc: Mtatabikwa-Walker, Micah <Micah.Walker@lewisbrisbois.com>; Butler, Maceo <Maceo.Butler@lewisbrisbois.com>; Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>; Cabo, Ciarra Lei <CiarraLei.Cabo@lewisbrisbois.com>; Alberts, Jeremy R. <JAlberts@wwhgd.com>; Winde Goldstein <winde@mriattorney.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Pastore, Sara B. <spastore@wwhgd.com>

1 attachments (53 KB)
ORDR - Stipulation and Order to Extend MSJ Response Deadline (SEC rev).docx;

Sebastian,
I agree, and I'll replace Jeremy's signature with yours.

David/Micah,
Please advise if we can affix your e-signature to the updated SAO that is attached.

**SCOTT L. ROGERS, ESQ.**
Trial Attorney
**O:** 702.702.2622 **F:** 702.580.8860
**E:** scott@mriattorney.com
9480 S. Eastern Ave., Ste. 236, Las Vegas, NV 89123

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
[mriattorney.com](mriattorney.com)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MITCHELL ROGERS INJURY LAW**

This e-mail message is a confidential communication from Mitchell Rogers Injury Law. It is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please notify the sender and delete this e-mail message and any attachments from your workstation or network mail system immediately.

**From:** Cribari, Sebastian <scribari@wwhgd.com>
**Sent:** Tuesday, July 9, 2024 11:23 AM
**To:** Scott Rogers <scott@mriattorney.com>; Avakian, David <David.Avakian@lewisbrisbois.com>
**Cc:** Mtatabikwa-Walker, Micah <Micah.Walker@lewisbrisbois.com>; Butler, Maceo <Maceo.Butler@lewisbrisbois.com>; Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>; Cabo, Ciarra Lei <CiarraLei.Cabo@lewisbrisbois.com>; Alberts, Jeremy R. <JAlberts@wwhgd.com>; Winde Goldstein <winde@mriattorney.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Pastore, Sara B. <spastore@wwhgd.com>
**Subject:** RE: Smith, Teras v. ABM Industry Groups, LLC: Request for Two-Day Extension to Respond to Motions for Summary Judgment

Scott,

Minor revisions and a stipulation block added. Please let me know if you are agreeable to the changes.

Thanks.

RE: Smith, Teras v. ABM Industry Groups, LLC: Request for Two-Day Extension to Respond to Motions for Summary Judgment

Mtatabikwa-Walker, Micah <Micah.Walker@lewisbrisbois.com>

Tue 7/9/2024 11:43 AM

To:Scott Rogers <scott@mriattorney.com>;Cribari, Sebastian <scribari@wwhgd.com>;Avakian, David <David.Avakian@lewisbrisbois.com>
Cc:Butler, Maceo <Maceo.Butler@lewisbrisbois.com>;Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>;Cabo, Ciarra Lei <CiarraLei.Cabo@lewisbrisbois.com>;Alberts, Jeremy R. <JAlberts@wwhgd.com>;Winde Goldstein <winde@mriattorney.com>;Bonney, Audra R. <ABonney@wwhgd.com>;Pastore, Sara B. <spastore@wwhgd.com>

You have permission to apply my e-signature. Thanks.



**Micah K. Mtatabikwa-Walker**
Partner
Micah.Walker@lewisbrisbois.com

**T: 702.693.4308 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Scott Rogers <scott@mriattorney.com>
**Sent:** Tuesday, July 9, 2024 11:41 AM
**To:** Cribari, Sebastian <scribari@wwhgd.com>; Avakian, David <David.Avakian@lewisbrisbois.com>
**Cc:** Mtatabikwa-Walker, Micah <Micah.Walker@lewisbrisbois.com>; Butler, Maceo <Maceo.Butler@lewisbrisbois.com>; Kurilla, Peggy <Peggy.Kurilla@lewisbrisbois.com>; Cabo, Ciarra Lei <CiarraLei.Cabo@lewisbrisbois.com>; Alberts, Jeremy R. <JAlberts@wwhgd.com>; Winde Goldstein <winde@mriattorney.com>; Bonney, Audra R. <ABonney@wwhgd.com>; Pastore, Sara B. <spastore@wwhgd.com>
**Subject:** Re: Smith, Teras v. ABM Industry Groups, LLC: Request for Two-Day Extension to Respond to Motions for Summary Judgment

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Sebastian,
I agree, and I'll replace Jeremy's signature with yours.

David/Micah,
Please advise if we can affix your e-signature to the updated SAO that is attached.

**SCOTT L. ROGERS, ESQ.**

Trial Attorney

**O:** 702.702.2622 **F:** 702.580.8860

**E:** scott@mriattorney.com