# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERAS SMITH,

    Plaintiff(s),

v.

AEG MANAGEMENT LAS VEGAS, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-01708-RFB-NJK

**Order**

[Docket Nos. 49, 50]

Pending before the Court is Plaintiff's motion for a settlement conference. Docket No. 49. Rather than file a response, the parties have filed a stipulation to extend the responsive deadline while they discuss further. Docket No. 50. The Court does not generally set a settlement conference when the parties are not in agreement that holding one might be fruitful. *E.g.*, *McCarty v. Roos*, 2013 WL 5436578, at *2 (D. Nev. Sept. 27, 2013). Accordingly, the motion for a settlement conference is **DENIED** without prejudice and the stipulation to extend is **DENIED** as moot. If the parties would like to request a settlement conference, they must file a stipulation with five dates on which all participants are available.

IT IS SO ORDERED.

Dated: October 8, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge