JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.Avakian@lewisbrisbois.com
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
Micah.Mtatabikwa-Walker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant ABM INDUSTRY GROUPS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERAS SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AEG MANAGEMENT LAS VEGAS, LLC, a foreign limited-liability company; ABM INDUSTRY GROUPS, LLC, a foreign limited-liability company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:23-cv-01708-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Defendant AEG MANAGEMENT LAS VEGAS, LLC hereby substitute the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, 6385 S. Rainbow Blvd., Suite 600, Las Vegas, NV 89118 as their counsel of record for said Defendant in the place and stead of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, 6385 S. Rainbow Blvd., Suite 400, Las Vegas, NV 89118 in the above-entitled matter.

146508529.1

DATED this 21st day of October, 2024

By _____
AEG MANAGEMENT LAS VEGAS, LLC

## CONSENT TO SUBSTITUTION

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as counsel of record for Defendant AEG MANAGEMENT LAS VEGAS, LLC in the above-entitled action

DATED this 21st day of October, 2024.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By _____
JEREMY R. ALBERTS
Nevada Bar No. 010497
SEBASTIAN CRIBARI
Nevada Bar No. 015888
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone 702.938.3838

2

## ACCEPTANCE OF SUBSTITUTION

Josh Cole Aicklen, Esq., on behalf of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP. hereby agrees and consents to the substitution as counsel of record for Defendant AEG MANAGEMENT LAS VEGAS, LLC.

DATED this 22 day of October, 2024

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By      /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant ABM INDUSTRY GROUPS, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2024