JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.Avakian@lewisbrisbois.com
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
Micah.Mtatabikwa-Walker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant ABM INDUSTRY GROUPS, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERAS SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AEG MANAGEMENT LAS VEGAS, LLC, a foreign limited-liability company; ABM INDUSTRY GROUPS, LLC, a foreign limited-liability company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:23-cv-01708-RFB-NJK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled and the parties agree to dismiss this matter with prejudice.

149940866.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 13 day of December, 2024.

/s/ Scott Rogers
SCOTT L ROGERS, ESQ.
Nevada Bar No. 013574
MITCHELL ROGERS INJURY LAW
2020 W. Sunset Road
Henderson, Nevada 89014
*Attorneys for Plaintiff Teras Smith*

Dated this ___ day of December, 2024.

/s/ *Josh C. Aicklen*
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant ABM Industry Groups, LLC and AEG Management Las Vegas, LLC*

## ORDER

IT IS SO ORDERED.

Dated this 10th day of January, 2025.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE